**RAILWAY LABOR EXECUTIVES' ASSOCIATION, et al., Appellants,**

v.

**NATIONAL MEDIATION BOARD, et al.,**

**and**

**Consolidated Case No. 91–5310.**

**No. 91–5223.**

United States Court of Appeals, District of Columbia Circuit.

July 23, 1993.

**1272**

Before: MIKVA, Chief Judge, WALD, EDWARDS, RUTH BADER GINSBURG, SILBERMAN, BUCKLEY, WILLIAMS, D.H. GINSBURG, SENTELLE, HENDERSON, and RANDOLPH, Circuit Judges.

## ORDER

PER CURIAM.

Appellees' Suggestions For Rehearing *en banc* and the response thereto have been circulated to the full court. The taking of a vote was requested. Thereafter, a majority of the judges of the court in regular active service voted in favor of the suggestions. Upon consideration of the foregoing, it is

ORDERED, by the Court *en banc*, that the suggestions are granted and these matters will be reheard by the Court sitting *en banc*.

It is FURTHER ORDERED, by the Court *en banc*, that the judgment of the court filed herein on March 9, 1993, is hereby vacated.

A future order will govern further proceedings.

Circuit Judge BUCKLEY did not participate in this matter.